UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Yanira Areli Gomez, )
    Plaintiff(s), )
   )
v. ) Case No. 25-cv-108
   )
SOUTHEAST HOSPITAL D/B/A MERCY HOSPITAL, )
    Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Yanira Areli Gomez__ and notifies the court of the intent to use
(Plaintiff or Defendant)

__Hunter Lane Process Servers LLC__
(name and address of process server)

__10 Hunters Lane__

__Oran, MO 63771__

To serve: __SOUTHEAST HOSPITAL D/B/A MERCY HOSPITAL__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__June 13, 2025__                          /s/ Anthony I. Paronich
(date)                                            (attorney for Plaintiff)

                                                         (attorney for Defendant)