UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| YANIRA ARELI GOMEZ, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 1:25-cv-00108 ACL |
| SOUTHEAST HOSPITAL, | ) ) ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Jeffrey R. Fink of Thompson Coburn LLP hereby enters his appearance on behalf of Defendant Southeast Hospital in the above captioned matter.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ *Jeffrey R. Fink*
Jeffrey R. Fink, #44963
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101-1611
Telephone: 314.552.6000
Facsimile: 314.552.7000
jfink@thompsoncoburn.com

Attorneys for Defendant
Southeast Hospital