UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| YANIRA ARELI GOMEZ, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTHEAST HOSPITAL,<br><br>      Defendant. | Case No. 1:25-cv-00108 ACL |

### Defendant's Disclosure Statement

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, counsel of record for Defendant Southeast Hospital hereby discloses the following:

1.     If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

    a.     Whether it is publicly traded, and if it is, on which exchange(s):

    Southeast Hospital is not publicly traded.

    b.     Its parent companies or corporations (if none, state "none"):

    Mercy Health is the parent of Mercy Health East Communities, which is the parent of SoutheastHEALTH System, Inc., which is the parent of Southeast Hospital. Mercy Health has no parent corporation, but is sponsored by Mercy Health Ministry, a public juridic person under the Code of Canon Law of the Roman Catholic Church.

    c.     Its subsidiaries not wholly owned by the subject (if none, state "none"):

    None.

    d.     Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"):

    None.

2.     If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity

whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations:

>Not applicable.

>Note: Sub-members include the members of members (i.e., first-tier sub-members), and the members of first-tier sub-members (i.e., second-tier sub-members), the members of second-tier sub-members (i.e., third-tier sub-members), and so on, until the Court knows the citizenship of all persons and entities within the ownership structure. Further, if a corporation is a member or sub-member of the subject organization, that corporation's state of incorporation and principal place of business must be disclosed.

>By signing this form, counsel acknowledges that "if any required information changes," and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); see also Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ *Jeffrey R. Fink*
   Jeffrey R. Fink, #44963
   Thompson Coburn LLP
   One US Bank Plaza
   St. Louis, Missouri 63101-1611
   Telephone: 314.552.6000
   Facsimile: 314.552.7000
   jfink@thompsoncoburn.com

KELLEY DRYE & WARREN LLP

By /s/ *Lauri A. Mazzuchetti*
   Lauri A. Mazzuchetti (*pro hac vice* forthcoming)
   Whitney M. Smith (*pro hac vice* forthcoming)
   7 Giralda Farms, Suite 340
   Madison, New Jersey 07940
   Telephone: (973) 503-5900
   Facsimile: (973) 503-5950
   lmazzuchetti@kelleydrye.com
   wsmith@kelleydrye.com

KELLEY DRYE & WARREN LLP

By /s/ *Frances V. McDonald*
   Frances V. McDonald (*pro hac vice* forthcoming)
   3 World Trade Center
   175 Greenwich Street
   New York, NY 10017
   Telephone: (212) 808-5040
   Facsimile: (212) 808-7897
   fmcdonald@kelleydrye.com

   Attorneys for Defendant
   Southeast Hospital