UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| Yanira Areli Gomez ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 1:25-cv-00108-ACL |
| ) | |
| Southeast Hospital ) | |
| Defendant. ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

　　　　Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Lauri A. Mazzuchetti, move to be admitted pro hac vice to the bar of this court for the purpose of representing Southeast Hospital in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)　Full name of the movant-attorney;
　　　Lauri A. Mazzuchetti

(b)　Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

　　　Name: Kelley Drye & Warren LLP
　　　Address: 7 Giralda Farms, Suite 340
　　　City, State Zip: Madison, New Jersey 07940
　　　Phone No.: (973) 503-5923
　　　Fax No.: (973) 503-5950

(c)　Email for movant-attorney;
　　　lmazzuchetti@kelleydrye.com

(d)　Name of the law school(s) movant attended and the date(s) of graduation therefrom;
　　　Seton Hall University School of Law, 1999

(e)　Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| See Appendix | | |
| | | |
| | | |
| | | |

(f)　The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

       Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

Appendix – Lauri A. Mazzuchetti – Court Admissions

| Jurisdiction | Year Admitted | Registration No. |
|---|---|---|
| New Jersey | 01/03/2000 | 038481999 |
| U.S. Supreme Court | 03/23/2020 | 312878 |
| First Circuit, U.S. Court of Appeals | 03/15/2016 | 1174096 |
| Second Circuit, U.S. Court of Appeals | 05/02/2012 | (**INACTIVE**) |
| Third Circuit, U.S. Court of Appeals | 08/18/2005 | N/A |
| Fourth Circuit, U.S. Court of Appeals | 02/09/2017 | N/A |
| Seventh Circuit, U.S. Court of Appeals | 05/31/2013 | N/A |
| Eighth Circuit, U.S. Court of Appeals | 05/13/2020 | 20-0141 |
| Ninth Circuit, U.S. Court of Appeals | 10/17/2006 | N/A |
| Tenth Circuit, U.S. Court of Appeals | 07/27/2022 | N/A |
| Eleventh Circuit, U.S. Court of Appeals | 04/20/2018 | N/A |
| D.C. Circuit, U.S. Court of Appeals | 11/10/2021 | 63353 |
| District of New Jersey | 12/03/2001 | N/A |
| Northern District of Ohio | 04/27/2022 | NJ03848199 |
| Northern District of Illinois | 02/03/2020 | 038481999 |
| Central District of Illinois | 12/09/2010 | N/A |
| District of Colorado | 07/12/2019 | 2479181 |
| Eastern District of Michigan | 12/28/2016 | N/A |
| Western District of Wisconsin | 12/20/2023 | 038481999 |
| Eastern District of Wisconsin | 07/18/2023 | 038481999 |