UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| YANIRA ARELI GOMEZ, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 1:25-CV-00108-ACL |
| ) | |
| SOUTHEAST HOSPITAL D/B/A MERCY ) | |
| HOSPITAL, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Abbie Crites-Leoni to District Judge Sarah E. Pitlyk.

August 27, 2025  
Date

*Nathan M. Graves*                 /  
Clerk of Court

By: /s/ Christy Hency              /  
CHRISTY HENCY  
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:25-CV-00108-SEP**